# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-34 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| DANIEL DUNFEE ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 75) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Superseding Information; (2) adjudicate Defendant guilty of knowingly possessing a firearm which had been shipped in interstate commerce, while having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j); and (3) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 75) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of knowingly possessing a firearm which had been shipped in interstate commerce, while having reasonable cause to believe the firearm was stolen, in violation of 18 U.S.C. § 922(j);

3. Defendant's sentencing hearing shall take place on **February 12, 2021, at 9:00 a.m.** before the undersigned United States District Judge; and

4. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2
Case 1:19-cr-00034-TRM-CHS   Document 76   Filed 10/14/20   Page 2 of 2   PageID #: 226